**Order entered October 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00268-CR

**JOSHUA WILLIAM SUTHERBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83201-2016**

## ORDER

Before the Court is appellant's October 2, 2018 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before October 22, 2018. If appellant's brief is not filed by that date, the appeal will be abated for a hearing without further notice. *See* TEX. R. APP. P. 38.8(b)(3).


/s/     LANA MYERS
        JUSTICE